# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:05CV450 |
| | § | (Judge Schell/Judge Bush) |
| CEDRIC W. CATLIN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On March 20, 2006, the Magistrate Judge entered his report containing his proposed findings of fact and recommendation that Defendant's *Petition to Strike Plaintiff's Cause for Failure to State a Claim Upon Which Relief can be Granted* (Docket #4) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's *Petition to Strike Plaintiff's Cause for Failure to State a Claim Upon Which Relief can be Granted* is **DENIED**.

**SIGNED** this 5th day of April, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE